**Warren R. FOLLUM, Plaintiff— Appellant,**

v.

**NORTH CAROLINA STATE UNIVERSITY; Kevin MaCnaughton, in his individual and official capacities; Michael Harwood, in his individual and official capacities; Carole Acquesta, in her individual and official capacities; Barbara Carroll, in her individual and official capacities, Defendants—Appellees.**

**No. 09–2132.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 19, 2010.

Warren R. Follum, Appellant Pro Se. Kimberly D. Potter, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Warren R. Follum appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we

affirm for the reasons stated by the district court. *Follum v. North Carolina State Univ.*, No. 5:08–cv–00526–FL, 2009 WL 2869927 (E.D.N.C. Sept 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*